In the Matter of the Estate of ARMENAK AJAMIAN, Deceased. ALICE AJAMIAN, as Administrator of the Estate of ARMENAK AJAMIAN, Deceased, Respondent; ROBERT AJAMIAN, Appellant; TROY SAVINGS BANK et al., Respondents.

Submitted November 21, 2011; decided January 10, 2012

Reported below, 2011 NY Slip Op 86009(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.